No. 237. SMITH v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *James F. Reilly* for petitioner. *Solicitor General Rankin, Assistant Attorney General Olney,*

*Beatrice Rosenberg* and *Isabelle Cappello* for the United States.

